IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YASSIN HAYTHAME MOHAMAD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 13-3702 |
| | : | |
| MICHAEL WENEROWICZ, et al. | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 30th day of June, 2014, upon consideration of the defendants' motion to dismiss the complaint (Doc. No. 14) and any response thereto, it is hereby **ORDERED** that the motion to dismiss is **GRANTED**. The plaintiff's Complaint is hereby **DISMISSED** as against defendants Michael Wenerowicz, James Spagnoletti, Eric Verosky, Shannon Bennett, Thomas Bolton and Cameron Flagg.

The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.